# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| Ira E. Kelley | ) | Case No. 13-21420 EEB |
| Rose M. Kelley | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |
| _____ | ) | |
| | ) | |
| Ira E. Kelley | ) | Adversary No.14-01501 EEB |
| Rose M. Kelley | ) | |
| Steven D. Kilgore | ) | |
| Sherron R. Kilgore | ) | |
| Samuel J. Smith | ) | |
| Nanette M. LaFrance | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| Metro Collection Service, Inc. | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| Metro Collection Service, Inc. | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The Estate of Marcus Dean Grossenbach, | ) | |
| a/k/a Marcus D. Grossenbach | ) | |
| a/k/a Marcus Grossenbach | ) | |
| Third-Party Defendant. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 3/4/1016 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: March 31, 2016           BY THE COURT:

_Elizabeth E. Brown_
United States Bankruptcy Court Judge